Marilyn Burgess - District Clerk Harris County
Envelope No. 30716107
By: Walter Eldridge
Filed: 1/28/2019 11:40 AM

CAUSE NO. _____

| | | |
|---|---|---|
| **ABNER PASTOR** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **GUARDIAN TRANSITION INC.,** | § | |
| **d/b/a GF PROTECTION INC., d/b/a** | § | |
| **GUARDIAN FALL SAFETY, K-STRONG,** | § | |
| **KARAM INDUSTRIES and P.N.** | § | |
| **INTERNATIONAL** | § | |
| **Defendants.** | § | _____ **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ABNER PASTOR** ("Plaintiff"), who files this, his Original Petition against **GUARDIAN TRANSITION INC., d/b/a GF PROTECTION INC., d/b/a GUARDIAN FALL SAFETY** ("Defendant Guardian") **K-STRONG** ("Defendant K-Strong"), **KARAM INDUSTRIES** ("Defendant Karam") and **P.N. INTERNATIONAL** ("Defendant P.N.") and respectfully show this Court as follows:

### 1.00   LEVEL OF DISCOVERY CONTROL PLAN

1.01    Pursuant to Texas Rules of Civil Procedure 190.1, discovery is intended to be conducted under Level III of Rule 190.4 of the Texas Rules of Civil Procedure.

### 2.00   PARTIES

2.01    Plaintiff, ABNER PASTOR, is a resident of Cooper, Delta County, Texas. Pursuant to Tex. Civ. P. & Rem Code 30.14(a), the last three digits of Plaintiff's Social Security number are NONE.

2.02   Defendant GUARDIAN TRANSITION INC. D/B/D GUARDIAN FALL PROTECTION, D/B/A GF PROTECTION INC. is a Washington corporation with its principal place of business in Kent, Washington who may be served by serving its registered agent, National Registered Agents, Inc., 155 Federal St. Ste 700, Boston, MA 02110-1727.

2.03   K-STRONG is a Texas corporation with its principal place of business in Houston, Texas who may be served by serviing its registered agent, Andy Lui at 17330 Preston Road #200 D, Dallas, Texas 75252.

2.04   KARAM INDUSTRIES, Sitanrganj, Uttarakhand (India) is a foreign corporation with its principle place of business in Sitanrganj, Uttarakhand, India.  Said Defendant may be served at D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served in accordance with the Hague Convention.  First, Plaintiff will ensure that Complaint and Summons are translated and then served through the Central Authority in India. Because it is anticipated that service may take greater than 1 year, Plaintiff hereby requests an extension of time to perfect service.

2.05   P.N. INTERNATIONAL is a foreign corporation with its principle place of business in D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India.  Said Defendant may be served at D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served in accordance with the Hague Convention.  First, Plaintiff will ensure that the Complaint and Summons are translated and then served through the Central Authority in India. Because it is anticipated that service may take greater than 1 year, Plaintiff hereby requests an extension of time to perfect service.

**3.00   <u>JURISDICTION AND VENUE</u>**

3.01   The amount in controversy is within the jurisdictional limits of this Court.

3.02    Harris County is the proper venue for this action pursuant to the Texas Civil Practice and Remedies Code, Section 15.001, *et seq.*, because Harris County is the county where the Defendant has its principal place of business and/or all or part of the cause of action occurred in Harris County.

3.03    Pursuant to Rule 47(c) Plaintiff is seeks monetary relief over $1,000,000.

**4.00    FACTS**

4.01    On or about March 12, 2017, Plaintiff was working on a construction site for in Hochatown, Oklahoma.  Plaintiff was provided a Guardian Fall Protection safety harness system. Plaintiff put on the harness and tied off to the roof.  While working on the roof Plaintiff slipped, and fell to the ground causing catastrophic bodily injury because the Guardian Fall Protection harness system and/or the components of the harness system failed.    As a result of the safety harness failure, Plaintiff has undergone numerous surgeries and the damages set forth herein.

4.02    The negligence and gross negligence of Defendants was a producing cause of the serious injuries to Plaintiff, ABNER PASTOR.

**5.00    CAUSES OF ACTION AGAINST DEFENDANT- GUARDIAN FALL PROTECTION, K-STRONG, KARAM INDUSTRIES, AND P.N. INTERNATIONAL**

5.01    Defendant by and through its employees, agents and/or vice-principals is liable for general negligence, negligence *per se*, and gross negligence toward Plaintiff in the following respects:

1)     Failing to remove the fall protection harness from the stream of commerce after notice of deficiencies;

2)     Failing to properly design the fall protection harnesses;

3)     Manufacturing the fall protection harness in a negligent manner;

4)      Failing to provide proper warnings and instructions with the fall protection harness; and

5)      Failing to train users of the fall protection harness.

5.02    As a direct and proximate result of these and other acts and omissions Plaintiff suffered serious and permanent injuries due to the negligent activities of Defendant.

## 6.00    STRICT LIABLITY: DESIGN, MANUFACTURING AND MARKETING DEFECT

6.01    GUARDIAN FALL PROTECTION, K-STRONG, KARAM INDUSTRIES, AND P.N. INTERNATIONAL are liable under the strict products liability for a design defect for failing to adequate design the fall protection harness system with regard to the foreseeable uses/misuses of the equipment as well as using appropriate component materials and/or a manufacturing defect in either the components or the quality of the materials used in the component parts and/or a marketing defect for failing to adequately warn users.  These defects, singularly and/or cumulatively were producing cause(s) of the incident in question and the injuries of Plaintiff.

## 7.00.    GROSS NEGLIGENCE

7.01    Defendants' conduct, when viewed objectively from the standpoint of the Defendants at the time of the occurrence, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others.  Moreover, Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety or welfare of the Plaintiff.

7.02    As a result of the grossly negligent conduct of the Defendants, Plaintiff suffered severe physical injuries and emotional distress.

**8.00   DAMAGES**

8.01   Plaintiff would show that as a direct and proximate result of the acts and/or omissions committed by Defendants, Plaintiff was caused to suffer serious and **permanent personal injuries,** which has caused Mr. Pastor in the past and will, in reasonable probability, cause Mr. Pastor in the future, physical pain, mental anguish, lost wages, loss of earning capacity, physical impairment, disfigurement, medical expenses, lifecare expenses and hospital expenses, for which Mr. Pastor should be compensated in accordance with the laws of the State of Texas.  Therefore, Plaintiff seeks damages from Defendants, and, by reason of the injuries and damages set forth above, Plaintiff has been damaged far in excess of the minimum jurisdictional limits of this Court.

**9.00   JURY TRIAL**

9.01   Plaintiff respectfully requests a jury a trial in the above-entitled and numbered cause of action and will tender the required jury fee.

**10.00   PRAYER**

WHEREFORE,  PREMISES  CONSIDERED,  Plaintiff  respectfully  requests  that Defendants be cited to appear and answer herein and that upon full and final hearing of this cause, Plaintiff has judgment of and from the Defendants as follows:

1) For all actual and punitive damages, both past and future, as prayed for herein, including punitive and/or exemplary damages.

2) For all of Plaintiffs' costs of court;

3) For pre-judgment interest at the highest legal rate and for the longest period of time allowed by law on all elements of damage claimed herein;

4) For post-judgment interest at the highest legal rate allowed by law on the amount of the

judgment entered by the Court from the date of judgment until collected;

5) For such other and further relief, both general and specific, at law or in equity, to which this Honorable Court should find Plaintiffs to be justly entitled.

Respectfully Submitted;

MILLER WEISBROD, LLP
11551 Forest Central Drive
Forest Central II, Suite 300
P. O. Box 821329 (75382)
Dallas, Texas 75243
(214) 987-0005
(214) 987-2545 (Facsimile)

By: _____
CLAY MILLER
State Bar No. 00791260
Cmiller@millerweisbrod.com
JOSH BIRMINGHAM
State Bar No. 24059329
Jbirmingham@millerweisbrod.com

and

JOHN R. SALAZAR, P.C.
JOHN R. SALAZAR
SBN: 17527150
johnr@johnrsalazar.com
2201 Main St., Ste. 900
Dallas, TX 75201
Tel. 214-696-5292
Fax. 214-698-5656

**ATTORNEYS FOR PLAINTIFF**

## REQUEST FOR DISCLOSURE

Pursuant to TEX. R. CIV. P. 194, Plaintiff requests disclosure from each and every Defendant of those items contained in 194.2 (a)-(l).  Upon service of citation, along with this Original Petition, Defendants are required to respond to these Requests for Disclosure within FIFTY (50) days hereafter.

1/30/2019 12:05 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 30793584
By: Marcella Hill
Filed: 1/30/2019 12:05 PM



Clay Miller
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
cmiller@MillerWeisbrod.com

Janaury 30, 2019

<u>VIA E-File</u>
Civil Intake
Harris County District Court
201 CAROLINE
HOUSTON, TX 77002

     Re:   ***Abner Pastor vs. Guardian Transition Inc.***
          Cause No.  **201906499**

Dear Sir/Madam:

     Please prepare four additional citations for the following:

    **(1)**    **KARAM INDUSTRIES**
           President: Hermant Sapra
           D-95, Vyapar Marg, Sector 2,
           Noida, Uttar Pradesh 201301
           India
           **OR WHEREVER HE MAY BE FOUND**

    **(2)**    **KARAM INDUSTRIES**
           President: Rajesh Nigam
           D-95, Vyapar Marg, Sector 2,
           Noida, Uttar Pradesh 201301
           India
           **OR WHEREVER HE MAY BE FOUND**

    **(3)**    **P. N. INTERNATIONAL**
           President: Hermant Sapra
           D-95, Vyapar Marg, Sector 2,
           Noida, Uttar Pradesh 201301
           India
           **OR WHEREVER HE MAY BE FOUND**

**(4)**     **P. N. INTERNATIONAL**
President: Rajesh Nigam
D-95, Vyapar Marg, Sector 2,
Noida, Uttar Pradesh 201301
India
**OR WHEREVER HE MAY BE FOUND**

Payment for copies and fee will be submitted.

We appreciate your assistance in this matter.  If you have any questions, please give me a call.

Sincerely,

*/s/ Maggie Sanchez*

Maggie Sanchez
Legal Secretary to Clay Miller

#1132021

2/11/2019 3:20 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 31099200
By: Marcella Hill
Filed: 2/11/2019 3:20 PM



**Clay Miller**
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
cmiller@MillerWeisbrod.com

February 11, 2019

<u>VIA E-File</u>
Civil Intake
Harris County District Court
201 CAROLINE
HOUSTON, TX 77002

   Re: ***Abner Pastor vs. Guardian Transition Inc.***
     Cause No. **201906499**

Dear Sir/Madam:

  Please prepare two citations for the following:

 **(1)** **GUARDIAN TRANSITION INC. D/B/D GUARDIAN FALL
   PROTECTION, D/B/A GF PROTECTION INC.**
   Registered Agent: National Registered Agents, Inc.,
   155 Federal St. Ste 700,
   Boston, MA 02110-1727

 **(2)** **K-STRONG
   P. N. INTERNATIONAL**
   Registered Agent: Andy Lui
   17330 Preston Road #200 D
   Dallas, Texas 75252
   **OR WHEREVER HE MAY BE FOUND**

  Payment for the fee will be submitted. Please email them both to
msanchez@millerweisbrod.com when they are ready.

  We appreciate your assistance in this matter. If you have any questions, please give me a
call.

      Sincerely,

      */s/ Maggie Sanchez*

      Maggie Sanchez
      Legal Secretary to Clay Miller

#1134217



# MARILYN BURGESS
### HARRIS COUNTY DISTRICT CLERK

### Civil Process Pick-Up Form
### CAUSE NUMBER: 201906499

ATY __X__                    CIV _____    COURT 151st

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Salazar, John     * PH: 281-488-6139 |
| *CIVIL PROCESS SERVER: _____ |
| *PH: _____    BOX#: _____ |
| *PERSON NOTIFIED SVC READY: _____ |
| * NOTIFIED BY: _____ |
| *DATE: _____ |

| | |
|---|---|
| Type of Service Document: Cit | Tracking Number 735916l7 |
| Type of Service Document: Cit | Tracking Number 7359l6l6 |
| Type of Service Document: Cit | Tracking Number 735916l3 |
| Type of Service Document: Cit | Tracking Number 735 91588 |
| Type of Service Document: _____ | Tracking Number _____ |
| Type of Service Document: _____ | Tracking Number _____ |
| Type of Service Document: _____ | Tracking Number _____ |

Process papers prepared by: **M. Ramey**

Date: 2/14/2019          30 days waiting  3 /16/2019

| |
|---|
| *Process papers released to:  Miguel Cano |
| (PRINT NAME) |
| 832 531 5285        _____ |
| *(CONTACT NUMBER)        (SIGNATURE) |
| *Process papers released by: _____ |
| (PRINT NAME) |
| _____ |
| (SIGNATURE) |
| * Date: 02-14-2019 ,2019  Time: 4:30   AM (PM) |

**Entire document must be completed    (do not change this document)** Revised 1/3/2019

2/20/2019 12:03 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 31334889
By: Marcella Hill
Filed: 2/20/2019 12:03 PM



**Clay Miller**
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
cmiller@MillerWeisbrod.com

February 20, 2019

<u>VIA E-File</u>
Civil Intake
Harris County District Court
201 CAROLINE
HOUSTON, TX 77002

Re:  ***Abner Pastor vs. Guardian Transition Inc.***
Cause No. **201906499**

<u>**AMENDED REQUEST**</u>

Dear Sir/Madam:

Please prepare one citation for the following:

**(1)    KARAM INDUSTRIES**
D-95, Vyapar Marg, Sector 2,
Noida, Uttar Pradesh 201301
India
**OR WHEREVER IT MAY BE FOUND**

**(2)    P. N. INTERNATIONAL**
D-95, Vyapar Marg, Sector 2,
Noida, Uttar Pradesh 201301
India
**OR WHEREVER IT MAY BE FOUND**

Payment for copies and fee will be submitted. Also, please DO NOT put "Hague Convention" on the citations.

We appreciate your assistance in this matter.  If you have any questions, please give me a call.

Sincerely,

*/s/ Maggie Sanchez*

Maggie Sanchez
Legal Secretary to Clay Miller

2/27/2019 12:39 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 31532431
By: VERONICA GONZALEZ
Filed: 2/27/2019 12:39 PM

CAUSE NO. 201906499

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 773552   TR# 73592744

| Plaintiff: | In The 151st |
| PASTOR, ABNER | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC) (D/B/A GUARDIAN | Houston, Texas |

### CITATION (NON-RESIDENT CORPORATE)

**THE STATE OF TEXAS**
**County of Harris**

To:   GUARDIAN TRANSITION INC (D/B/D GUARDIAN FALL PROTECTION D/B/A GF PROTECTION INC) (WASHINGTON CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT NATIONAL REGISTERED AGENTS INC
155 FEDERAL ST STE 700, BOSTON MA 02110-1727

       Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on January 28, 2019 in the above cited cause number and court. The instrument attached describes the claim against you.

       **YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
       This citation was issued onFebruary 14, 2019, under my hand and seal of said court.

Issued at the request of:

BIRMINGHAM, JOSHUA R.
2201 MAIN ST. STE. 900
DALLAS, TX. 75201

Bar Number: 24059329



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO  Box  4651,  Houston,  TX 77210)

Generated By: RHONDA MOMON

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

Tracking Number: 73592744

**CAUSE NUMBER: 201906499**

PLAINTIFF: PASTOR, ABNER

    vs.

DEFENDANT: GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC) (D/B/A GUARDIAN

In the 151st

Judicial District Court of

Harris County, Texas

---

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _9:00_ o'clock _A_. M. on the _20_ day of _FEBRUARY_, 20_19_. Executed at

(Address) _c/o CT CORP_ _NATIONAL REGISTERED AGENTS, 155 FEDERAL ST., BOSTON, MA_

_____ in

_SUFFOLK_ County at _10:00_ o'clock _A_. M. On the _20_ day of _FEBRUARY_, 20_19_, by

Delivering to _FRED MONIA, CLERK, NATIONAL REGISTERED AGENTS_ defendant, in person, a true copy of this Citation together with the accompanying __/__ copy(ies) of the Petition. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _20_ day of _FEBRUARY_, 20_19_

Fees $_____

By _____ _JOHN RZHSZOWSKI - PROCESS SERVER_
    Affiant                                 Deputy

On this day, ___2/21/19___, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _21_ day of _FEBRUARY_, 20_19_,

_____           Notary Public

2/27/2019 12:39:11 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 31532431
By: GONZALEZ, VERONICA
Filed: 2/27/2019 12:39:11 PM

CAUSE NO. 201906499

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 773552   TR# 73592744

| | |
|---|---|
| Plaintiff: | In The 151st |
| PASTOR, ABNER | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC) (D/B/A GUARDIAN | Houston, Texas |

### CITATION (NON-RESIDENT CORPORATE)

**THE STATE OF TEXAS**
**County of Harris**

To:   GUARDIAN TRANSITION INC (D/B/D GUARDIAN FALL PROTECTION D/B/A GF PROTECTION INC)(WASHINGTON CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT NATIONAL REGISTERED AGENTS INC
155 FEDERAL ST STE 700, BOSTON MA 02110-1727

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on January 28, 2019 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
This citation was issued onFebruary 14, 2019, under my hand and seal of said court.

Issued at the request of:

BIRMINGHAM, JOSHUA R.
2201 MAIN ST. STE. 900
DALLAS, TX. 75201

Bar Number: 24059329



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX 77210)

Generated By: RHONDA MOMON

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

Case 4:19-cv-02406   Document 1-6   Filed on 07/03/19 in TXSD   Page 17 of 43

Tracking Number: 73592744

**CAUSE NUMBER: 201906499**

| | |
|---|---|
| PLAINTIFF: PASTOR, ABNER | In the 151st |
|    vs. | Judicial District Court of |
| DEFENDANT: GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC) (D/B/A GUARDIAN | Harris County, |
| Texas | |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _9:00_ o'clock _A_. M. on the _20_ day of _FEBRUARY_,
20 _19_. Executed at

(Address) _c/o CT CORP NATIONAL REGISTERED AGENTS, 155 FEDERAL ST., BOSTON, MA_
_____ in

_SUFFOLK_ County at _10:00_ o'clock _A_. M. On the _20_ day of
_FEBRUARY_, 20 _19_, by

Delivering to _FRED MONIA, CLERK, NATIONAL REGISTERED AGENTS_ defendant, in person, a true
copy of this Citation together with the accompanying _1_ copy(ies) of the Petition.
Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _20_ day of
_FEBRUARY_, 20 _19_

Fees $_____

By_____  JOHN RYMASZEWSKI - PROCESS SERVER
   Affiant                                                             Deputy

On this day, _____ _2/21/19_ _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared. After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _21_ day of _FEBRUARY_,
20 _19_

_____                                Notary Public

3/13/2019 2:09 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 31911668
By: VERONICA GONZALEZ
Filed: 3/13/2019 2:09 PM



Clay Miller
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
cmiller@MillerWeisbrod.com

March 13, 2019

<u>VIA E-File</u>
Civil Intake
Harris County District Court
201 CAROLINE
HOUSTON, TX 77002

     Re:    ***Abner Pastor vs. Guardian Transition Inc.***
             Cause No.  **201906499**

Dear Sir/Madam:

Please email the following two citations to msanchez@millerweisbrod.com.

**(1)**    **GUARDIAN TRANSITION INC. D/B/D GUARDIAN FALL
PROTECTION, D/B/A GF PROTECTION INC.**
Registered Agent: National Registered Agents, Inc.,
155 Federal St. Ste 700,
Boston, MA 02110-1727

**(2)**    **K-STRONG
P. N. INTERNATIONAL**
Registered Agent: Andy Lui
17330 Preston Road #200 D
Dallas, Texas 75252
**OR WHEREVER HE MAY BE FOUND**

    We appreciate your assistance in this matter.  If you have any questions, please give me a call.

             Sincerely,

             */s/ Maggie Sanchez*

             Maggie Sanchez
             Legal Secretary to Clay Miller

#1139520

P-10

2019-06499



**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

CAUSE NO.  201906499

RECEIPT NO.                    0.00        MTA
*********                    TR # 73596734

| PLAINTIFF: PASTOR, ABNER | In The    151st |
| vs. | Judicial District Court |
| DEFENDANT: GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC) | of Harris County, Texas |
| (D/B/A GUARDIAN | 151ST DISTRICT COURT |
| | Houston, TX |

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: P N INTERNATIONAL
    D-95 VYAPAR MARG SECTOR 2
    NOIDA UTTAR PRADESH 201301
    OR WHEREVER IT MAY BE FOUND

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES</u>

This instrument was filed on the <u>28th day of January, 2019</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

        YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
        This citation was issued on 1st day of March, 2019, under my hand and seal of said Court.

<u>Issued at request of:</u>
BIRMINGHAM, JOSH
11551  FOREST CENTRAL II
DALLAS, TX  75243
Tel: (214) 987-0005
<u>Bar No.:</u>  24059329

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA  HWP//11170273

STATE OF _____

County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit and is the person competent to make oath of the fact.

_____
                                              Affiant/Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
                                              Notary Public

N.INT.CITN.P                    *73596734*

CAUSE NO.   201906499

RECEIPT NO.                      0.00        MTA
*********             TR # 73596734

| | |
|---|---|
| PLAINTIFF: PASTOR, ABNER | In The    151st |
| vs. | Judicial District Court |
| DEFENDANT: GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC) | of Harris County, Texas |
| (D/B/A GUARDIAN | 151ST DISTRICT COURT |
| | Houston, TX |

CITATION (NON-RESIDENT)
THE STATE OF TEXAS
County of Harris

TO: P N INTERNATIONAL
    D-95 VYAPAR MARG SECTOR 2
    NOIDA UTTAR PRADESH 201301
    OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

This instrument was filed on the 28th day of January, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
      This citation was issued on 1st day of March, 2019, under my hand and seal of said Court.

Issued at request of:
BIRMINGHAM, JOSH
11551  FOREST CENTRAL II
DALLAS, TX  75243
Tel: (214) 987-0005
Bar No.: 24059329

.MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA  HWP//11170273

STATE OF _____

County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit and is the person competent to make oath of the fact.

Affiant/Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
Notary Public

N.INT.CITN.P                              *73596734*

1/28/2019 11:40 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 30716107
By: Walter Eldridge
Filed: 1/28/2019 11:40 AM

# 2019-06499 / Court: 151

## CAUSE NO. _____

| | | |
|---|---|---|
| **ABNER PASTOR**<br>**Plaintiff,** | §<br>§<br>§<br>§ | **IN THE DISTRICT COURT OF** |
| **VS.** | §<br>§<br>§ | **HARRIS COUNTY, TEXAS** |
| **GUARDIAN TRANSITION INC.,**<br>**d/b/a GF PROTECTION INC., d/b/a**<br>**GUARDIAN FALL SAFETY, K-STRONG,**<br>**KARAM INDUSTRIES and P.N.**<br>**INTERNATIONAL**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§ | _____ **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ABNER PASTOR** ("Plaintiff"), who files this, his Original Petition against **GUARDIAN TRANSITION INC., d/b/a GF PROTECTION INC., d/b/a GUARDIAN FALL SAFETY ("Defendant Guardian") K-STRONG ("Defendant K-Strong"), KARAM INDUSTRIES ("Defendant Karam") and P.N. INTERNATIONAL ("Defendant P.N.")** and respectfully show this Court as follows:

### 1.00    LEVEL OF DISCOVERY CONTROL PLAN

1.01    Pursuant to Texas Rules of Civil Procedure 190.1, discovery is intended to be conducted under Level III of Rule 190.4 of the Texas Rules of Civil Procedure.

### 2.00    PARTIES

2.01    Plaintiff, ABNER PASTOR, is a resident of Cooper, Delta County, Texas. Pursuant to Tex. Civ. P. & Rem Code 30.14(a), the last three digits of Plaintiff's Social Security number are NONE.

2.02    Defendant GUARDIAN TRANSITION INC. D/B/D GUARDIAN FALL PROTECTION, D/B/A GF PROTECTION INC. is a Washington corporation with its principal place of business in Kent, Washington who may be served by serving its registered agent, National Registered Agents, Inc., 155 Federal St. Ste 700, Boston, MA 02110-1727.

2.03    K-STRONG is a Texas corporation with its principal place of business in Houston, Texas who may be served by serving its registered agent, Andy Lui at 17330 Preston Road #200 D, Dallas, Texas 75252.

2.04    KARAM INDUSTRIES, Sitanrganj, Uttarakhand (India) is a foreign corporation with its principle place of business in Sitanrganj, Uttarakhand, India. Said Defendant may be served at D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served in accordance with the Hague Convention. First, Plaintiff will ensure that Complaint and Summons are translated and then served through the Central Authority in India. Because it is anticipated that service may take greater than 1 year, Plaintiff hereby requests an extension of time to perfect service.

2.05    P.N. INTERNATIONAL is a foreign corporation with its principle place of business in D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served at D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served in accordance with the Hague Convention. First, Plaintiff will ensure that the Complaint and Summons are translated and then served through the Central Authority in India. Because it is anticipated that service may take greater than 1 year, Plaintiff hereby requests an extension of time to perfect service.

### 3.00    JURISDICTION AND VENUE

3.01    The amount in controversy is within the jurisdictional limits of this Court.

3.02   Harris County is the proper venue for this action pursuant to the Texas Civil Practice and Remedies Code, Section 15.001, *et seq.*, because Harris County is the county where the Defendant has its principal place of business and/or all or part of the cause of action occurred in Harris County.

3.03   Pursuant to Rule 47(c) Plaintiff is seeks monetary relief over $1,000,000.

**4.00   FACTS**

4.01   On or about March 12, 2017, Plaintiff was working on a construction site for in Hochatown, Oklahoma.  Plaintiff was provided a Guardian Fall Protection safety harness system. Plaintiff put on the harness and tied off to the roof.  While working on the roof Plaintiff slipped, and fell to the ground causing catastrophic bodily injury because the Guardian Fall Protection harness system and/or the components of the harness system failed.    As a result of the safety harness failure, Plaintiff has undergone numerous surgeries and the damages set forth herein.

4.02   The negligence and gross negligence of Defendants was a producing cause of the serious injuries to Plaintiff, ABNER PASTOR.

**5.00   CAUSES OF ACTION AGAINST DEFENDANT- GUARDIAN FALL PROTECTION, K-STRONG, KARAM INDUSTRIES, AND P.N. INTERNATIONAL**

5.01   Defendant by and through its employees, agents and/or vice-principals is liable for general negligence, negligence *per se*, and gross negligence toward Plaintiff in the following respects:

1)   Failing to remove the fall protection harness from the stream of commerce after notice of deficiencies;

2)   Failing to properly design the fall protection harnesses;

3)   Manufacturing the fall protection harness in a negligent manner;

4)      Failing to provide proper warnings and instructions with the fall protection harness; and

5)      Failing to train users of the fall protection harness.

5.02    As a direct and proximate result of these and other acts and omissions Plaintiff suffered serious and permanent injuries due to the negligent activities of Defendant.

## 6.00    STRICT LIABLITY: DESIGN, MANUFACTURING AND MARKETING DEFECT

6.01    GUARDIAN FALL PROTECTION, K-STRONG, KARAM INDUSTRIES, AND P.N. INTERNATIONAL are liable under the strict products liability for a design defect for failing to adequate design the fall protection harness system with regard to the foreseeable uses/misuses of the equipment as well as using appropriate component materials and/or a manufacturing defect in either the components or the quality of the materials used in the component parts and/or a marketing defect for failing to adequately warn users. These defects, singularly and/or cumulatively were producing cause(s) of the incident in question and the injuries of Plaintiff.

## 7.00.    GROSS NEGLIGENCE

7.01    Defendants' conduct, when viewed objectively from the standpoint of the Defendants at the time of the occurrence, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others. Moreover, Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety or welfare of the Plaintiff.

7.02    As a result of the grossly negligent conduct of the Defendants, Plaintiff suffered severe physical injuries and emotional distress.

**8.00   DAMAGES**

8.01   Plaintiff would show that as a direct and proximate result of the acts and/or omissions committed by Defendants, Plaintiff was caused to suffer serious and **permanent personal injuries,** which has caused Mr. Pastor in the past and will, in reasonable probability, cause Mr. Pastor in the future, physical pain, mental anguish, lost wages, loss of earning capacity, physical impairment, disfigurement, medical expenses, lifecare expenses and hospital expenses, for which Mr. Pastor should be compensated in accordance with the laws of the State of Texas. Therefore, Plaintiff seeks damages from Defendants, and, by reason of the injuries and damages set forth above, Plaintiff has been damaged far in excess of the minimum jurisdictional limits of this Court.

**9.00   JURY TRIAL**

9.01   Plaintiff respectfully requests a jury a trial in the above-entitled and numbered cause of action and will tender the required jury fee.

**10.00   PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendants be cited to appear and answer herein and that upon full and final hearing of this cause, Plaintiff has judgment of and from the Defendants as follows:

1)   For all actual and punitive damages, both past and future, as prayed for herein, including punitive and/or exemplary damages.

2)   For all of Plaintiffs' costs of court;

3)   For pre-judgment interest at the highest legal rate and for the longest period of time allowed by law on all elements of damage claimed herein;

4)   For post-judgment interest at the highest legal rate allowed by law on the amount of the

judgment entered by the Court from the date of judgment until collected;

5) For such other and further relief, both general and specific, at law or in equity, to which this Honorable Court should find Plaintiffs to be justly entitled.

Respectfully Submitted;

MILLER WEISBROD, LLP
11551 Forest Central Drive
Forest Central II, Suite 300
P. O. Box 821329 (75382)
Dallas, Texas 75243
(214) 987-0005
(214) 987-2545 (Facsimile)

By: _____
CLAY MILLER
State Bar No. 00791266
Cmiller@millerweisbrod.com
JOSH BIRMINGHAM
State Bar No. 24059329
Jbirmingham@millerweisbrod.com

and

JOHN R. SALAZAR, P.C.
JOHN R. SALAZAR
SBN: 17527150
johnr@johnrsalazar.com
2201 Main St., Ste. 900
Dallas, TX 75201
Tel. 214-696-5292
Fax. 214-698-5656

**ATTORNEYS FOR PLAINTIFF**

## REQUEST FOR DISCLOSURE

Pursuant to TEX. R. CIV. P. 194, Plaintiff requests disclosure from each and every Defendant of those items contained in 194.2 (a)-(l).  Upon service of citation, along with this Original Petition, Defendants are required to respond to these Requests for Disclosure within FIFTY (50) days hereafter.

P-10

2019-06499



RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

**FILED**
**Marilyn Burgess**
**District Clerk**

**MAR 26 2019**

Time: _____
Harris County, Texas
By _____ Deputy
0.00

CAUSE NO.   201906499

RECEIPT NO.

**\*\*\*\*\*\*\*\*\***

TR # 73596732

PLAINTIFF: PASTOR, ABNER
  vs.
DEFENDANT: GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC)
(D/B/A GUARDIAN

In The   151st
Judicial District Court
of Harris County, Texas
151ST DISTRICT COURT
Houston, TX

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: KARAM INDUSTRIES
  D-95 VYAPAR MARG SECTOR 2
  NOIDA UTTAR PRADESH 201301
  OR WHEREVER IT MAY BE FOUND

Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>28th day of January, 2019</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

  YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
  This citation was issued on 1st day of March, 2019, under my hand and seal of said Court.



<u>Issued at request of:</u>
BIRMINGHAM, JOSH
11551 FOREST CENTRAL II
DALLAS, TX 75243
Tel: (214) 987-0005
<u>Bar No.:</u> 24059329

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA  HWP//11170273

STATE OF _____

County of _____

OFFICER/AUTHORIZED PERSON RETURN

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ he delivered to the within named defendants in person at the following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|------|---|-------|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit and is the person competent to make oath of the fact.

                Affiant/Deputy _____

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

             Notary Public

N.INT.CITN.P

**\*73596732\***

CAUSE NO.  201906499

RECEIPT NO.                          0.00      MTA
          **********                 TR # 73596732

| | |
|---|---|
| PLAINTIFF: PASTOR, ABNER<br>            vs.<br>DEFENDANT: GUARDIAN TRANSITION INC (D/B/A GF PROTECTION INC)<br>(D/B/A GUARDIAN | In The    151st<br>Judicial District Court<br>of Harris County, Texas<br>151ST DISTRICT COURT<br>Houston, TX |

CITATION (NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: KARAM INDUSTRIES
    D-95 VYAPAR MARG SECTOR 2
    NOIDA UTTAR PRADESH 201301
    OR WHEREVER IT MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on the 28th day of January, 2019, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 1st day of March, 2019, under my hand and
seal of said Court.

Issued at request of:
BIRMINGHAM, JOSH
11551  FOREST CENTRAL II
DALLAS, TX  75243
Tel: (214) 987-0005
Bar No.: 24059329

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: MOMON, RHONDA  HWP//11170273

STATE OF _____                    OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____.
State of _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | HOUR | MIN | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                         - —Affiant/Deputy—__.
On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                         _____
                                              Notary Public

N.INT.CITN.P                    *73596732*

1/28/2019 11:40 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 30716107
By: Walter Eldridge
Filed: 1/28/2019 11:40 AM

# 2019-06499 / Court: 151

CAUSE NO. _____

| | | |
|---|---|---|
| **ABNER PASTOR** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **GUARDIAN TRANSITION INC.,** | § | |
| **d/b/a GF PROTECTION INC., d/b/a** | § | |
| **GUARDIAN FALL SAFETY, K-STRONG,** | § | |
| **KARAM INDUSTRIES and P.N.** | § | |
| **INTERNATIONAL** | § | |
| **Defendants.** | § | _____ **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **ABNER PASTOR** ("Plaintiff"), who files this, his Original Petition against **GUARDIAN TRANSITION INC., d/b/a GF PROTECTION INC., d/b/a GUARDIAN FALL SAFETY ("Defendant Guardian") K-STRONG ("Defendant K-Strong"), KARAM INDUSTRIES ("Defendant Karam") and P.N. INTERNATIONAL ("Defendant P.N.")** and respectfully show this Court as follows:

### 1.00   LEVEL OF DISCOVERY CONTROL PLAN

1.01    Pursuant to Texas Rules of Civil Procedure 190.1, discovery is intended to be conducted under Level III of Rule 190.4 of the Texas Rules of Civil Procedure.

### 2.00   PARTIES

2.01    Plaintiff, ABNER PASTOR, is a resident of Cooper, Delta County, Texas. Pursuant to Tex. Civ. P. & Rem Code 30.14(a), the last three digits of Plaintiff's Social Security number are NONE.

2.02 Defendant GUARDIAN TRANSITION INC. D/B/D GUARDIAN FALL PROTECTION, D/B/A GF PROTECTION INC. is a Washington corporation with its principal place of business in Kent, Washington who may be served by serving its registered agent, National Registered Agents, Inc., 155 Federal St. Ste 700, Boston, MA 02110-1727.

2.03 K-STRONG is a Texas corporation with its principal place of business in Houston, Texas who may be served by serviing its registered agent, Andy Lui at 17330 Preston Road #200 D, Dallas, Texas 75252.

2.04 KARAM INDUSTRIES, Sitanrganj, Uttarakhand (India) is a foreign corporation with its principle place of business in Sitanrganj, Uttarakhand, India. Said Defendant may be served at D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served in accordance with the Hague Convention. First, Plaintiff will ensure that Complaint and Summons are translated and then served through the Central Authority in India. Because it is anticipated that service may take greater than 1 year, Plaintiff hereby requests an extension of time to perfect service.

2.05 P.N. INTERNATIONAL is a foreign corporation with its principle place of business in D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served at D-95, Secotr-2 NOIDA-201301 (U.P.) Delhi/NCR India. Said Defendant may be served in accordance with the Hague Convention. First, Plaintiff will ensure that the Complaint and Summons are translated and then served through the Central Authority in India. Because it is anticipated that service may take greater than 1 year, Plaintiff hereby requests an extension of time to perfect service.

### 3.00 JURISDICTION AND VENUE

3.01 The amount in controversy is within the jurisdictional limits of this Court.

3.02    Harris County is the proper venue for this action pursuant to the Texas Civil Practice and Remedies Code, Section 15.001, *et seq.*, because Harris County is the county where the Defendant has its principal place of business and/or all or part of the cause of action occurred in Harris County.

3.03    Pursuant to Rule 47(c) Plaintiff is seeks monetary relief over $1,000,000.

**4.00    FACTS**

4.01    On or about March 12, 2017, Plaintiff was working on a construction site for in Hochatown, Oklahoma.  Plaintiff was provided a Guardian Fall Protection safety harness system. Plaintiff put on the harness and tied off to the roof.  While working on the roof Plaintiff slipped, and fell to the ground causing catastrophic bodily injury because the Guardian Fall Protection harness system and/or the components of the harness system failed.    As a result of the safety harness failure, Plaintiff has undergone numerous surgeries and the damages set forth herein.

4.02    The negligence and gross negligence of Defendants was a producing cause of the serious injuries to Plaintiff, ABNER PASTOR.

**5.00    CAUSES OF ACTION AGAINST DEFENDANT- GUARDIAN FALL PROTECTION, K-STRONG, KARAM INDUSTRIES, AND P.N. INTERNATIONAL**

5.01    Defendant by and through its employees, agents and/or vice-principals is liable for general negligence, negligence *per se*, and gross negligence toward Plaintiff in the following respects:

1)    Failing to remove the fall protection harness from the stream of commerce after notice of deficiencies;

2)    Failing to properly design the fall protection harnesses;

3)    Manufacturing the fall protection harness in a negligent manner;

4)      Failing to provide proper warnings and instructions with the fall protection harness; and

5)      Failing to train users of the fall protection harness.

5.02    As a direct and proximate result of these and other acts and omissions Plaintiff suffered serious and permanent injuries due to the negligent activities of Defendant.

### 6.00   STRICT LIABLITY: DESIGN, MANUFACTURING AND MARKETING DEFECT

6.01    GUARDIAN FALL PROTECTION, K-STRONG, KARAM INDUSTRIES, AND P.N. INTERNATIONAL are liable under the strict products liability for a design defect for failing to adequate design the fall protection harness system with regard to the foreseeable uses/misuses of the equipment as well as using appropriate component materials and/or a manufacturing defect in either the components or the quality of the materials used in the component parts and/or a marketing defect for failing to adequately warn users.  These defects, singularly and/or cumulatively were producing cause(s) of the incident in question and the injuries of Plaintiff.

### 7.00.   GROSS NEGLIGENCE

7.01    Defendants' conduct, when viewed objectively from the standpoint of the Defendants at the time of the occurrence, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others.  Moreover, Defendants had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety or welfare of the Plaintiff.

7.02    As a result of the grossly negligent conduct of the Defendants, Plaintiff suffered severe physical injuries and emotional distress.

## 8.00   DAMAGES

8.01    Plaintiff would show that as a direct and proximate result of the acts and/or omissions committed by Defendants, Plaintiff was caused to suffer serious and **permanent personal injuries**, which has caused Mr. Pastor in the past and will, in reasonable probability, cause Mr. Pastor in the future, physical pain, mental anguish, lost wages, loss of earning capacity, physical impairment, disfigurement, medical expenses, lifecare expenses and hospital expenses, for which Mr. Pastor should be compensated in accordance with the laws of the State of Texas. Therefore, Plaintiff seeks damages from Defendants, and, by reason of the injuries and damages set forth above. Plaintiff has been damaged far in excess of the minimum jurisdictional limits of this Court.

## 9.00   JURY TRIAL

9.01    Plaintiff respectfully requests a jury a trial in the above-entitled and numbered cause of action and will tender the required jury fee.

## 10.00   PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendants be cited to appear and answer herein and that upon full and final hearing of this cause, Plaintiff has judgment of and from the Defendants as follows:

1) For all actual and punitive damages, both past and future, as prayed for herein, including punitive and/or exemplary damages.

2) For all of Plaintiffs' costs of court;

3) For pre-judgment interest at the highest legal rate and for the longest period of time allowed by law on all elements of damage claimed herein;

4) For post-judgment interest at the highest legal rate allowed by law on the amount of the

judgment entered by the Court from the date of judgment until collected;

5) For such other and further relief, both general and specific, at law or in equity, to which this Honorable Court should find Plaintiffs to be justly entitled.

Respectfully Submitted;

MILLER WEISBROD, LLP
11551 Forest Central Drive
Forest Central II, Suite 300
P. O. Box 821329 (75382)
Dallas, Texas 75243
(214) 987-0005
(214) 987-2545 (Facsimile)

By: _____
CLAY MILLER
State Bar No. 00791266
Cmiller@millerweisbrod.com
JOSH BIRMINGHAM
State Bar No. 24059329
Jbirmingham@millerweisbrod.com

and

JOHN R. SALAZAR, P.C.
JOHN R. SALAZAR
SBN: 17527150
johnr@johnrsalazar.com
2201 Main St., Ste. 900
Dallas, TX  75201
Tel. 214-696-5292
Fax. 214-698-5656

**ATTORNEYS FOR PLAINTIFF**

## REQUEST FOR DISCLOSURE

Pursuant to TEX. R. CIV. P. 194, Plaintiff requests disclosure from each and every Defendant of those items contained in 194.2 (a)-(l).  Upon service of citation, along with this Original Petition, Defendants are required to respond to these Requests for Disclosure within FIFTY (50) days hereafter.

4/11/2019 3:23 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 32713014
By: VERONICA GONZALEZ
Filed: 4/11/2019 3:23 PM

## CAUSE NO.:   2019-06499

| | | |
|---|---|---|
| **ABNER PASTOR,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff**, | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **GUARDIAN TRANSITION INC.,** | § | **HARRIS COUNTY** |
| **d/b/a GF PROTECTION INC.,** | § | |
| **d/b/a GUARDIAN FALL SAFETY, K-** | § | |
| **STRONG, KARAM INDUSTRIES and** | § | |
| **P.N. INTERNATIONAL** | § | |
| | § | |
| **Defendants**. | § | **151ST JUDICIAL DISTRICT** |

## DEFENDANT GUARDIAN TRANSITION INC., d/b/a GF PROTECTION INC., d/b/a GUARDIAN FALL SAFETY'S ORIGINAL ANSWER

COMES NOW, Defendant Guardian Transition, Inc. d/b/a GF Protection Inc., d/b/a Guardian Fall Safety's (hereinafter referred to as "Defendant"), Defendant in the above styled and numbered cause, and file its Original Answer and Request for Disclosure to Plaintiff's Original Petition, and would respectfully show the Court as follows:

## I.
## GENERAL DENIAL

Defendant generally denies the allegations contained in Plaintiff's Original Petition, and since they are allegations of fact, Plaintiff should be required to prove them by a preponderance of the evidence in accordance with the laws of the State of Texas.

---

**DEFENDANT GUARDIAN'S ORIGINAL ANSWER** – Page 1
6452202
00097.254

## II.
## <u>REQUEST FOR DISCLOSURE</u>

Defendants request Plaintiff provide the information identified in TEXAS RULE OF CIVIL PROCEDURE 194.2 within 30 days of this Request.

## III.
## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Defendant Guardian Transition, Inc. d/b/a GF Protection Inc., d/b/a Guardian Fall Safety prays that: (1) Defendant be dismissed from this case with prejudice; (2) Defendant recover its costs incurred hereby; and (3) Defendant recover all other and further relief, both general and special, at law and in equity, to which it is justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   /s/ David A. McFarland
      David A. McFarland
      State Bar No. 00791223
      Heather H. Sauter
      State Bar No. 24042118
      Julie Christensen
      State Bar No. 24105601

700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  214.871.8292
Facsimile:  214.871.8209
Email:
      dmcfarland@thompsoncoe.com
      hsauter@thompsoncoe.com
      jchristensen@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
GUARDIAN TRANSITION INC., d/b/a
GF PROTECTION INC., d/b/a
GUARDIAN FALL SAFETY**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 11th day of April, 2019, the above referenced document was served by electronic service to all known counsel of record.

MILLER WEISBROD, LLP
CLAY MILLER
JOSH BIRMINGHAM
11551 Forest Central Drive
Forest Central II, Suite 300
P. O. Box 821329 (75382)
Dallas, Texas 75243
(214) 987-0005
(214) 987-2545 (Facsimile)
cmiller@millerweisbrod.com
Jbirmingham@millerweisbrod.com

And

JOHN R. SALAZAR, P.C.
JOHN R. SALAZAR
2201 Main St., Ste. 900
Dallas, TX 75201
Tel. 214-696-5292
Fax. 214-698-5656
johnr@johnrsalazar.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *David A. McFarland*
David A. McFarland